IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | |
|---|---|
| REBA BLUE | PLAINTIFF |
| V. | CASE NO. 2:05CV164 |
| FITZGERALD'S CASINO/HOTEL TUNICA | DEFENDANT |

### ORDER

On April 10, 2006, U.S. Magistrate Judge Eugene M. Bogen entered his Report and Recommendations [5-1] that the complaint in this case be dismissed pursuant to Federal Rule of Civil Procedure 4(m) unless within 10 days, the plaintiff could show good cause in writing for her failure to complete service on the defendant within 120 days of the filing of the complaint. The time for both the plaintiff's response and for any objections to the Report and Recommendations has now passed without any action by the plaintiff. ACCORDINGLY, it is hereby ORDERED that the magistrate's Report and Recommendations is ADOPTED and that this case is DISMISSED without prejudice.

This is the 16th day of May, 2006.

    /s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE